# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael Pearson | ) | C/A: 2:26-CV-1564-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF COMPLIANCE** |
| | ) | |
| Clarendon County; Third Circuit's Solicitor's Office; Clarendon County Sheriff's Office; City of Sumter; South Carolina Attorney General's Office; Kenneth Clark; Thomas Ham; Ernest Finney, III; Mark Creech; | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned counsel hereby gives notice that in compliance with Order No. 3:26-mc-00582-TMC, Defendants Clarendon County, Clarendon County Sheriff's Office, Kenneth Clark, and Thomas Ham have been provided with a copy of the Court's Order Regarding Referrals to United States Magistrate Judges and advised of the availability of consenting to disposition by a United States Magistrate Judge for all proceedings in this matter, including trial and entry of final judgment.

Having been advised of this option, Defendants, elect to proceed before a United States District Judge.

**RESPECTFULLY SUBMITTED,**
**SMITH ROBINSON HOLLER DuBOSE**
**AND MORGAN, LLC**

By: _s/H. Thomas Morgan, Jr._
H. THOMAS MORGAN, JR. (Federal ID: 10189)
ATTORNEY FOR DEFENDANTS
Clarendon County, Clarendon County
Sheriff's Office,
Kenneth Clark, and Thomas Ham
935 Broad Street (29020)
Post Office Drawer 39
Camden, South Carolina 29021
(803) 576-8460
Email: tommy.morgan@smithrobinsonlaw.com

Camden, South Carolina
July 14, 2026