IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
C/A No.:  2:26-cv-01564-RMG-TER

| | | |
|---|---|---|
| Michael Pearson, | ) | **NOTICE OF COMPLIANCE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Clarendon County; Ernest Finney, | ) | |
| III, in his official capacity as | ) | |
| Solicitor for the Third Judicial | ) | |
| Circuit; Clarendon County Sheriff's | ) | |
| Office; City of Sumter; South | ) | |
| Carolina  Attorney General's Office; | ) | |
| Kenneth Clark; Thomas Ham; | ) | |
| Ernest Finney, III; Mark Creech, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned counsel hereby gives notice that in compliance with Order No. 3:36-mc-00582-TMC Defendant Ernest Finney, III has been provided with a copy of the Court's Order Regarding Referrals to United States Magistrate Judges and advised of the availability of consenting to disposition by a United States Magistrate Judge for all proceedings in this matter, including trial and entry of final judgment.

S/SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III
Aiken, Bridges, Elliott, Tyler & Saleeby, P.A.
Fed. ID No. 7070
PO Drawer 1931
Florence, SC 29503
Telephone:  843.669.8787
SFA@AIKENBRIDGES.COM

Florence, SC
July 31, 2026

**ATTORNEYS FOR THE DEFENDANT
ERNEST FINNEY, III**

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF COMPLIANCE** was filed electronically on July 31, 2026 and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D). The following parties were served via ECF and/or U.S. Mail:

Joshua Snow Kendrick, Esquire
Kendrick & Leonard, P.C.
7 Mills Avenue
Greenville, SC 29605

Christopher S. Leonard, Esquire
Kendrick & Leonard, P.C.
1516 Richland Street
Columbia, SC 29201

H. Thomas Morgan, Jr., Esquire
Smith Robinson Holler DuBose and Morgan, LLC
935 Broad Street
Post Office Drawer 39
Camden, SC 29021

Desa Ballard, Esquire
Ballard & Watson
226 State Street
West Columbia, SC 29169

SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III

(39610)

2